UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE MODUSLINK GLOBAL SOLUTIONS, INC. SECURITIES LITIGATION | Case No. 1:12-CV-11044 |

**ASSENTED-TO MOTION TO EXTEND DATE FOR FILING OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Local Rule 7.1, defendants ModusLink Global Solutions, Inc., Steven G. Crane, and Joseph C. Lawler, with the assent of plaintiffs, request that the date for filing defendants' reply memorandum in support of their motion to dismiss be extended one week from April 25, 2013 to May 2, 2013.  As grounds for this motion, defendants say that this is the first request for an extension that they have requested in connection with the Amended Complaint, and that, given the events in Boston over the past week, they have been delayed in their efforts to prepare their reply and need a reasonable extension of time in order to complete their memorandum.

Respectfully Submitted,

*/s/ James W. Prendergast*
James W. Prendergast (BBO No. 553073)
Gregory D. Chisholm (BBO No. 673062)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
**Counsel for Defendants ModusLink Global Solutions, Inc. and Steven G. Crane**

- 2 -

        */s/ Thomas P. Cimino, Jr.*
        Thomas P. Cimino, Jr.
        Junaid A. Zubairi
        Vedder Price P.C.
        222 North LaSalle Street
        Chicago, Illinois 60601
        Telephone: (312) 609-7784

        **Counsel for Defendant Joseph C. Lawler**

Dated: April 19, 2013

## CERTIFICATE OF SERVICE

I, Gregory Chisholm, hereby certify that on April 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using ECF system, which will send electronic notice of such filing to all attorneys of record.

        /s/  Gregory Chisholm
        Gregory Chisholm